UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP,

Plaintiffs,

-against-

UNIVERSAL ENTERTAINMENT CORPORATION, UE RESORTS INTERNATIONAL, INC. f/k/a OKADA MANILA INTERNATIONAL, INC., TIGER RESORT ASIA LIMITED, TIGER RESORT, LEISURE AND ENTERTAINMENT, INC., HANS VAN DER SANDE, and BYRON YIP,

Defendants.

1:24-cv-01577-MKV

**ORDER UNSEALING ACTION AND CONVERTING TO ELECTRONIC FILING**

---

MARY KAY VYSKOCIL, United States District Judge:

On April 30, 2024, Plaintiffs filed a letter requesting that the Court unseal this action and convert it into an electronic filing matter for all purposes. On May 1, 2024, Defendants filed a letter opposing certain contentions in Plaintiffs' letter, but taking no position on Plaintiffs' request.

Accordingly, IT IS HEREBY ORDERED that this matter shall be unsealed. The Clerk of Court is respectfully requested to convert this action into an electronic filing matter for all purposes. The Complaint shall remain under seal pending the Court's decision on Defendants' letter motion to seal filed on March 11, 2024. The matter shall otherwise be unsealed in its entirety.

IT IS FURTHER ORDERED that, within one week of the unsealing of this case, Plaintiffs shall file to the public docket the proposed redacted version of the Complaint that was filed concurrently with Defendants' letter motion to seal, pending the Court's decision on that motion.

**SO ORDERED.**

**Date: May 9, 2024**
New York, NY

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
United States District Judge