# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, UE RESORTS INTERNATIONAL, INC. f/k/a OKADA MANILA INTERNATIONAL, INC., TIGER RESORT ASIA LIMITED, TIGER RESORT, LEISURE AND ENTERTAINMENT, INC., HANS VAN DER SANDE, and BYRON YIP<br><br>Defendants. | Misc. Case No. 24-MC-0087 (JMF) (Part I)<br><br>[PROPOSED] ORDER TO FILE CIVIL CASE UNDER SEAL |

Plaintiffs, having moved to file their civil case under seal in the traditional manner, in paper form, pending service of the complaint upon Defendants and anticipated discussions among the parties regarding the scope of appropriate redactions to the complaint, if any, and the Court, having reviewed the application and having found sufficient cause under Section 6 of the Electronic Case Filing Rules & Instructions of the Southern District of New York and any other applicable rules and procedures of the Court to grant such relief, it is hereby:

ORDERED that this case may be temporarily filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Rule 6.14 and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form; it is further

ORDERED that the parties shall meet and confer in good faith regarding the scope of any necessary proposed redactions to the complaint; it is further

2

~~ORDERED that any jointly proposed redactions or a further motion to retain the civil case under seal in whole or in part shall be filed within fourteen (14) days of service of the last-served defendant in this action.~~

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case.

IT IS SO ORDERED, this <u>27th</u> day of February, 2024.



Jesse M. Furman
Part One

The case shall be unsealed two weeks from the date of this Order unless, prior to that date, Plaintiffs renew the motion (or move for an extension of this Order) from the District Judge to whom the case is formally assigned. The Clerk of Court is directed to terminate ECF No. 1 and to close this case.