USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP,

                Plaintiffs,

-against-

UNIVERSAL ENTERTAINMENT CORPORATION, UE RESORTS INTERNATIONAL, INC. f/k/a OKADA MANILA INTERNATIONAL, INC., TIGER RESORT ASIA LIMITED, TIGER RESORT, LEISURE AND ENTERTAINMENT, INC., HANS VAN DER SANDE, and BYRON YIP,

                Defendants.

1:24-cv-01577-MKV

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

On May 31, 2024, with leave of Court, Plaintiffs filed the First Amended Complaint. [ECF No. 43]. On June 5, 2024, Defendants filed a letter informing the Court of their intent to move to dismiss and/or to strike the First Amended Complaint. [ECF No. 45].

As previously ordered [ECF No. 40], Defendants are GRANTED leave to file a motion to dismiss and a motion to strike. IT IS HEREBY ORDERED that the briefing schedule for Defendants' motion to dismiss and motion to strike shall be as follows:

- Motions due on or before July 3, 2024;
- Opposition due on or before July 31, 2024; and
- Reply due on or before August 14, 2024.

IT IS FURTHER ORDERED that Defendants' renewed request for oversized briefing is GRANTED. The parties may submit a single set of briefing addressing both contemplated motions

within the following page limitations: opening brief of 45 pages; opposition brief of 45 pages; reply brief of 25 pages.

Any request for an extension or adjournment shall be made by letter filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

Date:   **June 6, 2024**
       **New York, NY**

                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**