**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, UE RESORTS INTERNATIONAL, INC. f/k/a OKADA MANILA INTERNATIONAL, INC., TIGER RESORT ASIA LIMITED, TIGER RESORT, LEISURE AND ENTERTAINMENT, INC., HANS VAN DER SANDE, and BYRON YIP<br><br>          Defendants. | Case No. 1:24-cv-01577-MKV |

## MOTION TO WITHDRAW AS COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Kasowitz Benson Torres LLP ("Kasowitz") hereby requests that Sean M. Sigillito be withdrawn as counsel of record for Plaintiffs Zama Capital Advisors LP and Zama Capital Strategy Advisors LP in the above-captioned case and that he be removed from the case docket and from the Notice of Electronic Filing System as indicated on the docket. Mr. Sigillito is no longer employed at Kasowitz and thus no longer represents Plaintiffs. Plaintiffs continue to be represented by Kasowitz and its counsel of record, Donald Reinhard.

Dated: New York, New York
June 18, 2024

**KASOWITZ BENSON TORRES LLP**

By: */s/Donald Reinhard*
Donald Reinhard
DReinhard@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Plaintiffs Zama Capital Advisors LP and Zama Capital Strategy Advisors LP*