```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2024
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, UE RESORTS INTERNATIONAL, INC. f/k/a OKADA MANILA INTERNATIONAL, INC., TIGER RESORT ASIA LIMITED, TIGER RESORT, LEISURE AND ENTERTAINMENT, INC., HANS VAN DER SANDE, and BYRON YIP,<br><br>Defendants. | Case No. 24-cv-01577-MKV |

**JOINDER AGREEMENT TO STIPULATION AND [PROPOSED] ORDER FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL AND HIGHLY CONFIDENTIAL INFORMATION AND [PROPOSED] ORDER**

WHEREAS, each of the parties to the Stipulation and [Proposed] Order for the Production and Exchange of Confidential and Highly Confidential Information (the "Confidentiality Stipulation") filed in the above-captioned action on August 23, 2024 (ECF Doc. No. 77-1) and attached hereto, as well as defendant Hans Van Der Sande, seeks to add Mr. Van Der Sande as a party to the Confidentiality Stipulation;

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs (as defined in the Confidentiality Stipulation), the UEC Defendants (as defined in the Confidentiality Stipulation), and Mr. Van Der Sande, through their undersigned counsel, as follows:

1.      Effective as of the date of this Joinder Agreement, Mr. Van Der Sande shall be joined as a party to the Confidentiality Stipulation.

2. Mr. Van Der Sande agrees to be bound fully by the Confidentiality Stipulation.

3. All of the terms of the Confidentiality Stipulation, including its rights, protections, obligations and remedies, shall apply equally to Mr. Van Der Sande.

4. The Confidentiality Stipulation shall continue to remain in full force and effect.

5. Notwithstanding this Joinder Agreement, Mr. Van Der Sande does not consent to personal jurisdiction in the above-captioned action by entering into the Confidentiality Stipulation, and he preserves all of his rights to raise all jurisdictional defenses.

Dated: November 25, 2024
New York, New York

**KASOWITZ BENSON TORRES LLP**

By: */s/ Donald Reinhard*
Donald Reinhard
1633 Broadway
New York, New York 10019
(212) 506-1700
DReinhard@kasowitz.com

*Attorneys for Plaintiffs Zama Capital Advisors LP and Zama Capital Strategy Advisors LP*

**MILBANK LLP**

By: */s/ Grant R. Mainland*
Daniel M. Perry
Grant R. Mainland
Andrew L. Porter
Ashley A. Satterlee
55 Hudson Yards
New York, New York 10001-2163
dperry@milbank.com
gmainland@milbank.com
jschwartz@milbank.com
aporter@milbank.com
asatterlee@milbank.com

*Attorneys for Defendants Universal Entertainment Corporation, UE Resorts International, Inc. f/k/a Okada Manila International, Inc., Tiger Resort Asia Limited, and Tiger Resort, Leisure and Entertainment, Inc.*

**ROTTENBERG LIPMAN RICH, P.C.**

By: */s/ Richard E. Rosberger*
Richard E. Rosberger
Robert A. Freilich
The Helmsley Building
230 Park Avenue, 18th Floor
New York, New York 10169
(212) 661-3080
rrosberger@rlrpclaw.com
rfreilich@rlrpclaw.com

*Attorneys for Defendant Hans Van Der Sande*

SO ORDERED:

_____
Judge Mary Kay Vyskocil

Date: December 3, 2024

2