```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP,

  Plaintiffs,

-against-

UNIVERSAL ENTERTAINMENT CORPORATION, UE RESORTS INTERNATIONAL, INC. f/k/a OKADA MANILA INTERNATIONAL, INC., TIGER RESORT ASIA LIMITED, TIGER RESORT, LEISURE AND ENTERTAINMENT, INC., and BYRON YIP,

  Defendants.

1:24-cv-01577-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On January 7, 2025, Hans Van Der Sande was dismissed from the case subject to a Stipulation of Voluntary Dismissal. [ECF No. 108]. Accordingly, Mr. Van Der Sande's pending motions at ECF Nos. 72, 86, and 97 are HEREBY DENIED as moot.

On or before January 29, 2025, the parties shall advise the Court by joint letter of their position on the proper resolution of Mr. Van Der Sande's pending motions to seal at ECF Nos. 75 and 103.

The motion requesting oral argument filed by Universal Entertainment Corp. ("UEC"), UE Resorts International, Inc. f/k/a Okada Manila International, Inc. ("UERI"), Tiger Resort Asia Limited ("TRA"), and Tiger Resort, Leisure and Entertainment, Inc. in relation their Motion to Dismiss or Strike certain allegations is HEREBY GRANTED. [ECF No. 78]. Argument will be held on February 6, 2025 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The Court will allow one hour for oral

argument. The Clerk of Court is respectfully requested to terminate the motions pending at Docket Entries 72, 78, 86, and 97.

**SO ORDERED.**

Date: **January 14, 2025**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**