UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, TIGER RESORT, LEISURE AND ENTERTAINMENT, INC., and BYRON YIP,<br><br>Defendants. | Case No. 24-cv-01577 (MKV) |

## MOTION TO WITHDRAW AS COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Milbank LLP ("Milbank") hereby requests that Silvia M. Radulescu, be withdrawn as counsel of record for Universal Entertainment Corp., UE Resorts International, Inc., Tiger Resort Asia Limited, and Tiger Resort, Leisure and Entertainment, Inc. ("UEC Defendants") in the above-captioned case and that she be removed from the case docket and from the Notice of Electronic Filing System as indicated on the docket. Ms. Radulescu is no longer employed at Milbank and thus no longer represents UEC Defendants.

UEC Defendants continue to be represented by Milbank and its counsel of record Daniel M. Perry, Grant R. Mainland, Andrew L. Porter, Ashley A. Satterlee, Peter Rosania, and Alexander B. Cogut.

- 2 -

| | |
|---|---|
| Dated: April 25, 2025<br>New York, New York | MILBANK LLP<br><br>By: */s/ Daniel M. Perry*<br>Daniel M. Perry<br>Grant R. Mainland<br>Andrew L. Porter<br>Ashley A. Satterlee<br>Peter Rosania<br>Alexander B. Cogut<br>55 Hudson Yards<br>New York, New York 10001-2163<br>DPerry@milbank.com<br>GMainland@milbank.com<br>APorter@milbank.com<br>ASatterlee@milbank.com<br>PRosania@milbank.com<br>ACogut@milbank.com<br><br>*Counsel for Defendants Universal Entertainment Corporation, UE Resorts International, Inc., Tiger Resort Asia Limited, and Tiger Resort, Leisure and Entertainment, Inc.* |

- 2 -