**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ZAMA CAPITAL ADVISORS LP, et al.,     :
                           Plaintiffs,     :
                                          :         24-CV-1577 (MKV) (OTW)
                       -against-     :
                                          :         **ORDER**
UNIVERSAL ENTERTAINMENT CORPORATION, :
et al.,     :
                                          :
                           Defendants.     :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 91, 121, 122, 133, 138, and 139. The parties' requests for a discovery conference at **ECF Nos. 121, 133**, and **138** are **GRANTED**.

The Court will hold a status conference in this matter on **Thursday, July 17, 2025, at 11:00 a.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007**. The parties are directed to file a joint proposed agenda for the conference by **Monday, July 14, 2025**. The parties should be prepared to discuss: what discovery has been done; what discovery remains outstanding; how they plan to complete that discovery in a timely manner; and the discovery issues raised at the above-referenced Docket Entries, to the extent that they are not resolved. *See* Fed. R. Civ. P. 1.

The Clerk of Court is respectfully directed to close ECF Nos. 91, 121, 133, and 138.

**SO ORDERED.**

                                                                               *s/ Ona T. Wang*
Dated: June 11, 2025                                                   **Ona T. Wang**
      New York, New York                                   United States Magistrate Judge