**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, TIGER RESORT, and LEISURE AND ENTERTAINMENT, INC.,<br><br>        Defendants. | Case No. 24-cv-01577-MKV-OTW |

## <u>NOTICE OF MOTION TO WITHDRAW APPEARANCE</u>

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4(b), Plaintiffs move to withdraw the appearance of Aishling Fitzpatrick, an attorney for Plaintiffs in the above-captioned action. Ms. Fitzpatrick is no longer associated with Kasowitz LLP and thus no longer represents Plaintiffs. Plaintiffs continue to be represented by undersigned counsel of record, Donald Reinhard.

Dated: New York, New York
      August 4, 2025

                        **KASOWITZ LLP**

                        By: <u>*/s/ Donald Reinhard*</u>
                            Donald Reinhard
                            DReinhard@kasowitz.com
                            1633 Broadway
                            New York, New York 10019
                            Telephone: (212) 506-1700
                            Facsimile: (212) 506-1800

                        *Attorneys for Plaintiffs Zama Capital Advisors LP and Zama Capital Strategy Advisors LP*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL ENTERTAINMENT CORPORATION, TIGER RESORT, and LEISURE AND ENTERTAINMENT, INC., <br><br> Defendants. | Case No. 24-cv-01577-MKV-OTW |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon the reading and filing of the Motion to Withdraw Appearance for Aishling Fitzpatrick, it is:

ORDERED, that, pursuant to Rule 1.4(b) of the Local Rules of the Southern District of New York, Aishling Fitzpatrick is hereby permitted to withdraw as counsel of record for Plaintiffs;

ORDERED, that the Clerk shall amend the docket and other court records to reflect the withdrawal of Aishling Fitzpatrick as counsel of record for Plaintiffs;

ORDERED, that Aishling Fitzpatrick shall be removed from all electronic and other service lists in the Court's records for this matter.

**IT IS SO ORDERED.**

Dated: _____, 2025            _____