UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, TIGER RESORT, and LEISURE AND ENTERTAINMENT, INC.,<br><br>        Defendants. | Case No. 24-cv-01577-MKV-OTW |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

Upon the reading and filing of the Motion to Withdraw Appearance for Aishling Fitzpatrick, it is:

ORDERED, that, pursuant to Rule 1.4(b) of the Local Rules of the Southern District of New York, Aishling Fitzpatrick is hereby permitted to withdraw as counsel of record for Plaintiffs;

ORDERED, that the Clerk shall amend the docket and other court records to reflect the withdrawal of Aishling Fitzpatrick as counsel of record for Plaintiffs;

ORDERED, that Aishling Fitzpatrick shall be removed from all electronic and other service lists in the Court's records for this matter.

**IT IS SO ORDERED.**

Dated: _____, 2025                                      _____