UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, TIGER RESORT LEISURE AND ENTERTAINMENT, INC.,<br><br>   Defendants. | [PROPOSED] CONSENT ORDER<br><br>Case No. 24-cv-01577-MKV-OTW |

### [PROPOSED] CONSENT ORDER FOR PRODUCTION OF DELAWARE DISCOVERY

**WHEREAS** the Court held a conference on July 31, 2025 (the "Conference") concerning ongoing discovery disputes (*see* ECF Nos. 142, 149, 151; Minute Entry dated July 31, 2025), which was attended by counsel for Plaintiffs Zama Capital Advisors LP and Zama Capital Strategy Advisors LP and Defendants Universal Entertainment Corporation and Tiger Resort, Leisure and Entertainment, Inc., and

**WHEREAS**, for the reasons stated on the record during the Conference, it is hereby **ORDERED** that within seven (7) days of this Order, Defendants shall provide to Plaintiffs all documents produced to defendants in the action captioned *26 Capital Acquisition Corp. et al. v. Tiger Resort Asia Ltd. et al.*, C.A. No. 2023-0128-JTL (Del. Ch.) ("Delaware Action") by 26 Capital Acquisition Corp. or any third party to the Delaware Action, excluding documents produced by Plaintiffs in the Delaware Action.

THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, CONSENT TO THE ABOVE ORDER WITHOUT FURTHER NOTICE:

Dated: New York, New York
       August 8, 2025

/s/ Donald Reinhard

Donald Reinhard
DReinhard@danyaperrylaw.com
PERRY LAW
445 Park Avenue
7th Floor
New York, New York 10022
Telephone: (212) 213-3070

*Attorneys for Plaintiffs Zama Capital Advisors LP and Zama Capital Strategy Advisors LP*

/s/ Daniel M. Perry

Daniel M. Perry
Grant R. Mainland
Ashley A. Satterlee
DPerry@milbank.com
GMainland@milbank.com
ASatterlee@milbank.com
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5251

*Attorneys for Defendants Universal Entertainment Corporation and Tiger Resort, Leisure and Entertainment, Inc.*

**SO ORDERED.**

Dated: August 11, 2025
       New York, New York

_____
Ona T. Wang
United States Magistrate Judge