USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP,

Plaintiffs,

-against-

UNIVERSAL ENTERTAINMENT CORPORATION, UE RESORTS INTERNATIONAL, INC. f/k/a OKADA MANILA INTERNATIONAL, INC., TIGER RESORT ASIA LIMITED, TIGER RESORT, LEISURE AND ENTERTAINMENT, INC., and BYRON YIP,

Defendants.

1:24-cv-01577-MKV

**AMENDED POST-CONFERENCE ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

On October 30, 2025, the Court conducted a status conference. Counsel for both Plaintiffs and Defendants were present. Mr. Alexander Eiseman, representative of Plaintiffs in this case, also attended.

Pending before the Court is Defendants' Motion for Sanctions for Plaintiffs failure to appear for an agreed mediation. Defendants' motion put Plaintiffs on notice of the possible imposition of sanctions based on Plaintiffs' cancelation of the mediation a mere one hour before the scheduled start of the mediation. Plaintiffs were provided further notice that they face potential sanctions when the Court advised the parties of its preliminary thinking as to Defendants' Motion for Sanctions during the conference. IT IS HEREBY ORDERED that, in the interest of due process and to ensure Plaintiffs have an adequate opportunity to be heard, Plaintiffs shall file any additional submission, not to exceed five pages, on or before November 4, 2025, which further addresses Defendants' Motion for Sanctions. Defendants shall file a response, also not to exceed five pages, on or before November 6, 2025.

1

IT IS FURTHER ORDERED that, as the parties had previously agreed, the parties shall engage in mediation before Phillips ADR Enterprises, P.C.  The parties shall submit a Joint Letter, on or before November 6, 2025, detailing any arrangements made with respect to mediation, including when mediation will resume.  As explained at the conference, the Court declines to order that any mediation occur in Manila, Philippines or Tokyo, Japan.  ***The parties are on notice that sanctions will be imposed if they fail to appear for the mediation or participate in good faith in the mediation.***

IT IS FURTHER ORDERED that the Motion for Donald Reinhard to Withdraw as Attorney for Plaintiffs [ECF No. 171] is GRANTED, subject to the Court's ruling on Defendants' pending Motion for Sanctions [ECF No. 173].  Mr. Reinhard's withdrawal will only be effective once the Court resolves the Motion for Sanctions.  Partha P. Chattoraj has appeared as counsel for Plaintiffs for all purposes except he shall not be counsel in connection with the pending Motion for Sanctions.

At the conference, all parties agreed that the case is to be tried to the Court, and, given the Court's discussion with the parties, the Court anticipates that the bench trial will last no longer than three days. Since this case is to be tried to the Court, the parties are on notice that, pursuant to the Court's Individual Rules of Practice in Civil Cases, summary judgment motions will not be entertained.  The Court admonishes the parties to review the Court's Individual Rules of Practice in Civil Cases, specifically those regarding the conduct of a non-jury trial.  The Court will enter a separate trial scheduling order after the pending Motion for Reconsideration [ECF No. 125], and Motion for Sanctions [ECF No. 173], are resolved.

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's**

**Individual Practice Rules, or the parties' discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

**SO ORDERED.**

**Dated: November 4, 2025**
    **New York, New York**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**