**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
ZAMA CAPITAL ADVISORS LP, et al.,         :
                    Plaintiffs,           :
                                          :     24-CV-1577 (MKV) (OTW)
           -against-                      :
                                          :     ORDER
UNIVERSAL ENTERTAINMENT CORPORATION,      :
et al.,                                   :
                                          :
                    Defendants.           :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that Defendants did not file ECF 186, a motion to seal based on Plaintiffs' anticipated designation of information within it as confidential, as a joint motion with Plaintiffs in compliance with my Individual Rules and Practices. Accordingly, Plaintiffs are directed to respond to ECF 186 by **November 14, 2025,** or ECF 186 will be denied as moot. If Plaintiffs seek sealing of ECF Nos. 187 and 188, they must articulate their reasons for sealing in accordance with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and *Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F.3d 132 (2d Cir. 2016).

**SO ORDERED.**

Dated: November 5, 2025
      New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge