USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAMA CAPITAL ADVISORS LP and ZAMA CAPITAL STRATEGY ADVISORS LP,

Plaintiffs,

-against-

UNIVERSAL ENTERTAINMENT CORPORATION, UE RESORTS INTERNATIONAL, INC. f/k/a OKADA MANILA INTERNATIONAL, INC., TIGER RESORT ASIA LIMITED, TIGER RESORT, LEISURE AND ENTERTAINMENT, INC., and BYRON YIP,

Defendants.

1:24-cv-01577-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

In Defendants' opening Memorandum of Law in support of their Motion for Sanctions, Defendants requested attorneys' fees and expenses as described in the attached declarations of Daniel M. Perry and Nobuki Sato. [*See* ECF Nos. 174-176]. According to the attached declarations, Defendants sought a $25,000 non-refundable fee to Phillips ADR Enterprises, P.C., $29,790.51 in travel expenses, and $210,662.67 in legal fees in connection with preparing for the mediation ($177,249.34) and researching and drafting the pre-motion letter filed at ECF No. 165 ($33,413.33). [ECF Nos. 175-176]. However, Defendants did not provide documentation to support their request for attorneys' fees.

Upon review of Defendants' Supplemental Memorandum of Law in further support of Defendants' Motion for Sanctions ("Suppl. Mem."), Defendants now appear to modify their request. [Suppl. Mem., ECF No. 198]. While Defendants reiterate their request for the $25,000 non-refundable fee, $29,709.51 in travel expenses, and $33,413.33 in legal fees incurred for filing the pre-motion letter, they appear to abandon their request for $177,249.34 in legal fees incurred

1

in connection with preparing for the mediation. Suppl. Mem. at 3. Further, Defendants now request $191,083.05 in legal fees incurred in preparing its sanctions application and related submissions (excluding the supplemental memorandum). Suppl. Mem. at 3. In the Supplemental Memorandum and attached declaration, Defendants provide documentation to support the modified request for attorneys' fees. [ECF Nos. 198-199]. However, Plaintiffs have not had an opportunity to respond to this request and the accompanying documentation.

Accordingly, IT IS HEREBY ORDERED that, **on or before November 18, 2025**, Plaintiffs shall file any response, not to exceed five pages, to Defendants' request for attorneys' fees and costs, and, **on or before November 20, 2025**, Defendants shall file any reply, also not to exceed five pages, in support of its Motion.

**SO ORDERED.**

Dated: November 13, 2025
       New York, New York

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2