**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

ZAMA CAPITAL ADVISORS LP, et al.,                      :

                          Plaintiffs,    :

                                      :    24-CV-1577 (MKV) (OTW)

          -against-    :

                                      :    **ORDER**

UNIVERSAL ENTERTAINMENT CORPORATION,    :
et al.,

                          :

                        Defendants.    :

------------------------------------------------------------x

          **ONA T. WANG, United States Magistrate Judge:**

          Even after an additional 2-week grace period, Plaintiffs have not filed a motion to seal

ECF 187 and 188 as I directed. (*See* ECF 197). Accordingly, ECF 186 is **DENIED AS MOOT**.

          The Clerk of Court is respectfully directed to unseal ECF 187 and 188 in their entirety.

          **SO ORDERED.**

                                            */s/  Ona T. Wang*

Dated: December 3, 2025                                        **Ona T. Wang**
       New York, New York                                  United States Magistrate Judge